UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JE'ANNA REDWOOD, | ) | Case No. CV 08-7380-JVS(RC) |
| | ) | |
| Petitioner | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| DAWN DAVISON, WARDEN, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

IT IS ADJUDGED that Judgment be entered denying the petition and dismissing the action with prejudice.

DATE:  June 23, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

R&R\08-7380.jud
5/19/10